## IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT NASHVILLE

| | | |
|---|---|---|
| **STEVE KOPROWSKI,** | ) | |
| | ) | **C.C.A. NO. 01C01-9711-CR-00530** |
| Appellant, | ) | |
| | ) | **PUTNAM COUNTY** |
| VS. | ) | **(No. 86-377-F Below)** |
| | ) | |
| **STATE OF TENNESSEE,** | ) | The Hon. Leon C. Burns, Jr. |
| | ) | |
| Appellee. | ) | **(Denial of Post-Conviction Relief)** |

## O R D E R

This matter is before the Court upon the state's motion to affirm the judgment of the trial court pursuant to Rule 20, Rules of the Court of Criminal Appeals. The petitioner is appealing the trial court's denial of his petition for post-conviction relief as time-barred by the statute of limitations.

As conceded by the petitioner, he is not entitled to relief based on our Supreme Court's opinion in <u>Carter v. State</u>, 952 S.W.2d 417 (Tenn. 1997).

IT IS, THEREFORE, ORDERED that the judgment of the trial court is affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals Rules. Costs are taxed to the appellant.

ENTER, this the _____ day of February, 1998.

_____
JOHN H. PEAY, JUDGE

CONCUR:

_____
JERRY L. SMITH, JUDGE

_____
THOMAS T. WOODALL, JUDGE